Name Rockwell Tegoseak

Prison Number 771464

Place of confinement Anchorage Correctional Complex-East

Mailing address 1406 E 4th Ave

City, State, Zip Anchorage, AK, 99501

Telephone 503-354-4038

RECEIVED

JUN 30 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Rockwell Tegoseak ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Office of Special Prosecutions ,

Judge Easter ,

,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:26-CV-00255-SLG
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Rockwell Tegoseak ,
(print your name)

who presently resides at Anchorage Correctional Complex-East ,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below. Judge Easter,

Office of Special Prosecutions (and)

<u>Claim 1</u>: On or about <u>3/12/25</u>, my civil right to
(Date)

<u>Life liberty and due process</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by <u>Lindsey Maguigan of O.S.P.</u>

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On the date of 3/12/25 Lindsey Maguigan made the decision to file charges and took an active part in an unfounded criminal proceeding. This resulted from improperly exerted pressure on the Prosecutor by APD (Anchorage Police Department) Detective Rosendo Perez. Det. Rosendo Perez knowingly provided misinformation to D.A. Maguigan, concealing exculpatory evidence, or otherwise engaged in wrongful or bad faith conduct that was actively instrumental in causing the initiation of legal proceedings. D.A. Maguigan to obtain expedited Indictment chose to bypass AK Criminal Procedure w/ malicious intent to deprive my first amendment right to reside w/ my family. D.A. Maguigan in spite of procedural adherence chose to utilize Federal Rules of Civil Procedure rather than to constitutional obedience, to give my rights of confrontation for the purpose of patently unconstitutional pursuit. D.A. Maguigan has been informed that I'm aware of her intent, and illegal attainment of indictment. I've requested a multitude of times to cease and desist even suing upon acknowledgment and cognizance of when this knowledge was gained. She refuses to abide by the Law, by the Constitution She is bound to and to the Rules of the Court.

Prisoner § 1983 - 3
PS01, Nov. 2013

Case 3:26-cv-00255-SLG    Document 1    Filed 06/30/26    Page 2 of 8

<u>Claim 2</u>: On or about __3/12/25_____, my civil right to

(Date)

____Life, Liberty & due process_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by ___Judge Easter_____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Upon being provided "3AN-25-01538CR", Judge Easter in complete disregard of use in AK Criminal Rule of Procedure to allow Defendants their "rights of the accused" through preliminary hearing provided by due process, the rules of the court, the constitution and common law. She permit(s) use as a basis - of Federal Rule Civil Procedure §603.02 to bypass defendants rights of confrontation, knowingly proceeding in a basis of fraud on the court.

5/15/26 at a hearing I inform Easter, I was not provided preliminary hearing as per AK Crim. Procedure and due process rights. She replied "We do not 'do' preliminary hearings here". This struck me as an appalling statement, so I looked up How-this could occur rather than argue in ignorance. I found Federal R. Civ. Procedure §603.02 5/16/26, which further buttressed the unfounded basis described previously, for the initiation of legal proceedings.

Prisoner § 1983 - 4
PS01, Nov. 2013

<u>Claim 3</u>: On or about ___3/12/25 – 6/26/26___ , my civil right to
(Date)

___Due process___

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Lindsey Maguigan___

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

As I was told by Ruby Zipco 5/29/26 on call "The State does not allow us to get certain subpoenas before trial". In the same call The Anchorage Public Defender Agency (Investigator) then states in regards to The States 'probable cause' - that "He State does that to people all the time" - speaking specifically on the probable cause being derived of fraudulent criminal omission on behalf of Rosendo Perez providing a specific segment (through photo of a phone) of an entire exchange. Leaving out the previous, directly prior to segment utilized, mitigative material evidence in dialogue. 6/18/26 Public Defender Agency, attorney Nathan Hairje stated in meeting regarding request to obtain mitigative info to invalidate probable cause, states: "The State will not allow us to subpoena K.H's phone". Yet the Defense subpoena'ed the same phone post my arrest, through glass warrant (but not comprehensive account of text history). - The State has been REFUSING to "allow", the (Defense) from disproving this case, the probable cause and claims, due to cognizance of myself. The prosecutor deliberately violates my rights to protect their interests.

Prisoner § 1983 - 5
PS01, Nov. 2013

### D. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1:</u>

Plaintiff(s): Rockwell Tegoseak

Defendant(s): Mindy Mitchell, Office of Special Prosecutions, Rosendo Perez, Anchorage Police Department, Lindsey Maguigan, Julia McCartney

Name and location of court: U.S. District Court

Docket number: 3:26-cv-00234 -SLG Name of judge: _____

Approximate date case was filed: 6/12/26 Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed __X__ Still pending

Issues Raised: Constitutional Violations in "3AN-25-01538CR"

b. <u>Lawsuit 2:</u>

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _____ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number:_____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1,000,000

2. Punitive damages in the amount of $ 400,000

3. An order requiring defendant(s) to Dismiss "3AN-25-01538CR" w/ all the
Prejudice described in this suit and 3:26-cv-00234-SLG

4. A declaration that My People are Not yours to capitalize on. My family
did nothing to you for you to do this to us.

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the
above action, that s/he has read the above civil rights complaint and that the
information contained in the complaint is true and correct.


Executed at Anchorage Jail _____ on 6/25/26 _____
(Location)                                        (Date)

_____
(Plaintiff's Signature)


_____        _____
Original Signature of Attorney (if any)              (Date)


_____

_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

771464 Rockwell Tegoseak
Anchorage Correctional Complex-East
1400 E 4th ave Anchorage, AK, 99501



quadient
FIRST-CLASS MAIL
IMI
$002.17
06/26/2026 ZIP 99501
043M31237346

US POSTAGE

Federal Court
222 W 7th ave #4
Anchorage Ak, 99513

LEGAL & CONFIDENTIAL

LEGAL & CONFIDENTIAL

**Anchorage**
**Correctional Complex**
This mail was sent by an
inmate at an Alaska jail.
Please do not send cash in
the mail.

6/25/26 Documented